No. 00–7878.  CARTER v. PURYEAR.  Ct. App. Tex., 7th Dist. Certiorari denied.

No. 00–7881.  BOGLE v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ARIZONA (STEWART, REAL PARTY IN INTEREST).  C. A. 9th Cir.  Certiorari denied.

No. 00–7885.  GONZALEZ v. WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–7887.  CRUZ v. DEEDS, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 00–7892.  BRUNS v. STEWART.  C. A. 9th Cir.  Certiorari denied.

No. 00–7898.  REAVES v. CITY OF NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 00–7899.  SULLIVAN v. CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 00–7902.  RAFAEL AVILES v. SMALL, WARDEN, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 00–7903.  BEAVER v. TEXAS.  Ct. App. Tex., 3d Dist.  Certiorari denied.

No. 00–7905.  SPEER v. DeLOACH, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–7907.  ROBINSON v. STEGALL, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 00–7909.  CONLEY v. GHEE.  C. A. 6th Cir.  Certiorari denied.

No. 00–7912.  DANIEL v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 00–7913.  DICKENS-LAWRENCE v. KLOSTER CRUISE LTD. C. A. 11th Cir.  Certiorari denied.

No. 00–7914.  COLLINS ET AL. v. FCC CARD NATIONAL BANK. Super. Ct. N. J., App. Div.  Certiorari denied.